**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**HOG WILD TRUCKING, INC., on behalf of itself**               **PLAINTIFFS**
**and all similarly situated persons and entities**

**v.**                          **CASE NO. 3:18-CV-00254 BSM**

**KUMHO TIRE U.S.A., INC., a California corporation;**
**HYUNDAI TRANSLEAD, INC., a California**
**corporation; and HYUNDAI de MEXICO, S.A., a**
**foreign corporation**                          **DEFENDANTS**

**ORDER**

The parties have indicated in their Rule 26(f) report [Doc. No. 31] that Hog Wild

Trucking, Inc. does not have the legal capacity to bring this lawsuit because of a prior

bankruptcy proceeding.  It appears, however, that Hog Wild's claims were assigned to Bud

Barnes, a former employee, who already filed a similar lawsuit against defendants.  *See*

*Barnes v. Kumho Tire U.S.A., Inc. et al.*, Case No. 3:19-CV-00076 BSM (E.D. Ark. filed

March 29, 2019).

Assuming that Barnes validly serves all defendants, the parties propose to dismiss this

case and proceed with the *Barnes* lawsuit.  Their specific plan, as it has been outlined in the

Rule 26 report, is acceptable.  When they are ready to proceed, the parties should file a

motion to dismiss this lawsuit without prejudice.

IT IS SO ORDERED this 28th day of May 2019.

_____
UNITED STATES DISTRICT JUDGE