IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**HOG WILD TRUCKING, INC.,** on behalf of itself     **PLAINTIFFS**
and all similarly situated persons and entities

v.     CASE NO. 3:18-CV-00254 BSM

**KUMHO TIRE U.S.A., INC.,** a California corporation;
**HYUNDAI TRANSLEAD, INC.,** a California
corporation; and **HYUNDAI de MEXICO, S.A.,** a
foreign corporation     **DEFENDANTS**

## ORDER

The parties indicated they would dismiss this case upon service of all defendants in a new lawsuit arising out of this conflict. Doc. No. 31. The new lawsuit was opened March 29, 2019, and the time for service has expired. *See* Fed. R. Civ. P. 4(m); CM/ECF No. 3:19-CV-00076-BSM. Because it is unclear when the parties will move to dismiss, this case is stayed pursuant to the parties' statement that they no longer wish to proceed with this case. *See* Doc. No. 32.

IT IS SO ORDERED this 27th day of August 2019.

_____
UNITED STATES DISTRICT JUDGE