IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**HOG WILD TRUCKING, INC.,** on behalf of itself    **PLAINTIFFS**
and all similarly situated persons and entities

v.                    CASE NO. 3:18-CV-00254 BSM

**KUMHO TIRE U.S.A., INC.,** a California corporation;
**HYUNDAI TRANSLEAD, INC.,** a California
corporation; and **HYUNDAI de MEXICO, S.A.,** a
foreign corporation                    **DEFENDANTS**

## ORDER

Pursuant to Hog Wild Trucking, Inc.'s stipulation of voluntary dismissal [Doc. No. 34] this case is dismissed without prejudice. Fed. R. Civ. P. 41(a)(1). The motion to dismiss [Doc. No. 14] is denied as moot.

IT IS SO ORDERED this 31st day of October 2019.

_____
UNITED STATES DISTRICT JUDGE